UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION                                                      MDL No. 2543

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On June 9, 2014, the Panel transferred 15 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jesse M. Furman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Furman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2014, and, with the consent of that court, assigned to the Honorable Jesse M. Furman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 20, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          MDL No. 2543

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| ALN | 2 | 14−00607 | Ashworth et al v. General Motors LLC |

**ARIZONA**

| AZ | 3 | 14−08053 | Phillip et al v. General Motors LLC |

**ARKANSAS EASTERN**

| ARE | 4 | 14−00306 | Higginbotham v. General Motors LLC et al |
| ARE | 4 | 14−00318 | Nettleton Auto Sales Inc v. General Motors LLC et al |

**CALIFORNIA CENTRAL**

| CAC | 2 | 14−02475 | Tammie Balls et al v. General Motors LLC |
| CAC | 2 | 14−02510 | Robinson et al v. General Motors LLC et al |
| CAC | 2 | 14−02608 | Ronald Cox v. General Motors LLC et al |
| CAC | 2 | 14−02619 | Kimi L. Hurst v. General Motors Company |
| CAC | 2 | 14−02828 | Kimberly Brown et al v. General Motors, LLC |
| CAC | 2 | 14−03112 | Lianne LaReine et al v. General Motors LLC et al |
| CAC | 2 | 14−03638 | Deanna Dinco, et al vs. General Motors LLC |
| CAC | 5 | 14−00676 | Larry Darby v. General Motors LLC et al |
| CAC | 8 | 14−00476 | Taylor Deushane v. General Motors LLC |
| CAC | 8 | 14−00533 | Javier F. Malaga et al v. General Motors LLC |
| CAC | 8 | 14−00535 | Camlan Inc. et al v. General Motors LLC |
| CAC | 8 | 14−00604 | Ken Saclo et al v. General Motors, LLC et al |
| CAC | 8 | 14−00690 | Hilarie Favro v. General Motors LLC, et al. |
| CAC | 8 | 14−00755 | Sonia Nava v. General Motors, LLC, et al. |
| ~~CAC~~ | ~~8~~ | ~~14−00792~~ | ~~Gordon Hair et al v. General Motors LLC et al~~ Opposed 6/19/2014 |
| CAC | 8 | 14−00816 | Randi Spangler v. General Motors Corporation LLC |

**CALIFORNIA NORTHERN**

| CAN | 3 | 14−01702 | Stafford v. General Motors, LLC |

CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 14-00713 | Grumet et al v. General Motors LLC |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 1 | 14-21147 | Santiago v. General Motors, LLC |
| FLS | 1 | 14-21417 | Espineira v. General Motors, LLC et al |
| FLS | 1 | 14-21673 | Knetzke v. General Motors LLC et al |
| FLS | 1 | 14-21713 | Emerson et al v. General Motors LLC et al |
| FLS | 1 | 14-21752 | Levine v. General Motors, LLC |
| FLS | 1 | 14-21788 | Markle v. General Motors LLC et al |
| FLS | 1 | 14-21815 | Duarte v. General Motors LLC et al |
| FLS | 1 | 14-21919 | Harris et al v. General Motors LLC et al |
| FLS | 1 | 14-21933 | Lannon et al v. General Motors LLC et al |
| FLS | 1 | 14-21949 | Edwards et al v. General Motors, LLC et al |
| FLS | 9 | 14-80497 | DeSutter et al v. General Motors, LLC |
| FLS | 9 | 14-80618 | Taylor v. General Motors Company |

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 14-01081 | Van Pelt et al v. General Motors, LLC |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 14-02882 | Arnold et al v. General Motors LLC et al |

ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 14-00443 | Roach v. General Motors LLC et al |
| ILS | 3 | 14-00500 | Detton v. General Motors Corporation LLC et al |

INDIANA NORTHERN

| | | | |
|---|---|---|---|
| INN | 1 | 14-00134 | Bender v. General Motors LLC |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 14-00573 | LEWIS v. GENERAL MOTORS LLC et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 7 | 14-00071 | Fugate v. General Motors, LLC |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 14-00895 | McCarthy v. General Motors LLC et al |
| LAE | 2 | 14-00901 | Lavell v. General Motors LLC |

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 14-00220 | Coleman v. General Motors LLC |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 14-11982 | Elliott v. General Motors, LLC. et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 14-11544 | Bedford Auto Wholesale, Inc. v. General Motors LLC |
| MIE | 4 | 14-11912 | Biggs v. General Motors LLC et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 14-04095 | Roush et al v. General Motors LLC |
| MOW | 4 | 14-00425 | Witherspoon v. General Motors LLC et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 14-02375 | RUFF et al v. GENERAL MOTORS LLC et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 14-02148 | Ross et al v. General Motors LLC et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 14-00844 | Foster v. General Motors LLC et al |
| OHN | 1 | 14-00963 | Powell v. General Motors, LLC |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 14-00396 | Burton et al v. General Motors LLC et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14-02018 | FORBES v. GENERAL MOTORS, LLC |
| PAE | 2 | 14-02132 | SALERNO v. GENERAL MOTORS LLC et al |
| PAE | 2 | 14-02548 | VILLA et al v. GENERAL MOTORS, LLC et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 1 | 14-00681 | DePalma et al v. General Motors LLC et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 14-00458 | DEIGHAN v. GENERAL MOTORS LLC et al |
| PAW | 2 | 14-00463 | ASHBRIDGE v. GENERAL MOTORS LLC et al |
| PAW | 2 | 14-00488 | LETTERIO v. GENERAL MOTORS LLC et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 14-00271 | Holliday et al v. General Motors LLC et al |
| TXE | 4 | 14-00218 | Henry et al v. General Motors LLC |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 5 | 14−00362 | Salazar, III v. General Motors LLC et al |